UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ANTONIO AGUILAR-LOPEZ,<br><br>　　　　　Defendant. | CR-09-6045-FVS<br>CR-10-6018-FVS<br><br>ORDER GRANTING DEFENDANT'S REQUEST TO WITHDRAW MOTIONS TO VACATE |

**THIS MATTER** having come before the Court based upon Antonio Aguilar-Lopez's request to withdraw his pending motions to vacate; Now, therefore

**IT IS HEREBY ORDERED:**

1. In CR-09-6045-FVS, **ECF No. 136** is **granted**. Mr. Aguilar-Lopez's motion to vacate (ECF No. 132) is **dismissed without prejudice**.

2. In CR-10-6018-FVS, **ECF No. 250** is **granted**. Mr. Aguilar-Lopez's motion to vacate (ECF No. 246) is **dismissed without prejudice**.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order and furnish copies to Antonio Aguilar-Lopez and to counsel for the United States.

**DATED** this ___31st___ day of October, 2014.

　　　　　　　　　　　　　s/ Fred Van Sickle
　　　　　　　　　　　　　Fred Van Sickle
　　　　　　　　Senior United States District Judge

Order - 1